UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff, | 06cr866 (SDW) |
| v. | O R D E R |
| JOHN GREGORY LYNCH<br>  Defendants. | |

It appearing that Defendant having filed an appeal of the Final Judgment to the Third Circuit Court of Appeals;

It is on this 1st day of December, 2009,

ORDERED that the restitution amount ordered on March 3, 2008 is hereby vacated and new restitution is ordered in the amount of $70,260 as stipulated in the plea agreement and in accordance with the Mandate of the Court of Appeals dated October 8, 2009.

SUSAN D. WIGENTON  U.S.D.J.