UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :
        Plaintiff,                      06cr866 (SDW)

v.                              :

JOHN GREGORY LYNCH                   **O R D E R**
        Defendant.              :

This matter having come before the Court by the Defendant by a motion to set aside sentence/restitution order and a motion to vacate newly entered restitution order;

It is on this 10th day of December, 2009 hereby ORDERED that for reasons set forth in the Order of this Court signed on December 1, 2009 [doc. #44] and in the Mandate of the Third Circuit Court of Appeals [doc. #43], Defendants motions [doc. #45 and #46] are hereby denied.

SUSAN D. WIGENTON
United States District Judge