UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------X

UNITED STATES OF AMERICA

             -against-

JOHN GREGORY LYNCH,

             Defendant.
-----------------------------------------------------X

06 Cr. 866 (SDW)

**ORDER**

This Court having previously sentenced defendant John Gregory Lynch to a term of imprisonment of twenty four months followed by a two year term of supervised release;  and

Said defendant having served his sentence of imprisonment and being now under the supervision of the United States Department of Probation; and

Upon the application of John Gregory Lynch and due consideration thereon; it is hereby

ORDERED, that the United States and European Union passports held in the name of John Gregory Lynch that were directed to be surrendered by John Gregory Lynch at the inception of this case are now hereby directed to be returned to John Gregory Lynch by whichever governmental agency has them in its custody.

DATED: *March 11, 2010*

SO ORDERED:

_____
HON. SUSAN D. WIGENTON
United States District Court Judge
District of New Jersey