UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

       Plaintiff,                Criminal No. 06-866

  v.                          :

JOHN G. LYNCH                          **O R D E R**

       Defendant.         :

This matter having come before the Court by way of a motion by the defendant for early termination of supervised release;

It is on this **3rd** day of **February, 2011** hereby ORDERED that this request is denied.

s/Susan D. Wigenton
SUSAN D. WIGENTON
United States District Judge